UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE NATHANIEL GLYNN,

                    Plaintiff,

          -against-                                  26-cv-3267 (LTS)

DONALD JOHN TRUMP SENIOR; JOHN                       CIVIL JUDGMENT
GLOVER ROBERTS JUNIOR,

                    Defendants.

      For the reasons stated in the June 22, 2026, order, the Court dismisses this action as frivolous.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 24, 2026
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge